## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
## Eastern Division

Marvin Williford

                Plaintiff,

v.

Case No.: 1:21−cv−01661
Honorable Charles P. Kocoras

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 29, 2021:

      MINUTE entry before the Honorable Charles P. Kocoras: Second motion for extension of time to respond to the petition for writ of habeas corpus by 10/1/2021 [8] is granted. In light of said extension, Petitioner's reply is due by 11/5/2021. This will be the final extension. Court will rule by mail. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.